UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROBERT WOODBURY,<br><br>　　　　Defendant. | Case No. 1:13-cr-00242-BLW<br><br>**REPORT AND RECOMMENDATION** |

On June 12, 2014, Defendant Robert Woodbury appeared before the undersigned United States Magistrate Judge to enter a change of plea pursuant to a written plea agreement. The Defendant executed a waiver of the right to have the presiding United States District Judge take his change of plea. Thereafter, the Court explained to the Defendant the nature of the charges, the maximum penalties applicable, his constitutional rights, the effect of the Sentencing Guidelines, and that the District Judge will not be bound by the agreement of the parties as to the penalty to be imposed. Further, the undersigned ordered a pre-sentence report.

Having conducted the change of plea hearing and having inquired of Defendant, and his counsel, and counsel for the United States, the Court concludes that there is a factual basis for the Defendant's plea of guilty, and that it was entered voluntarily and with full knowledge of the consequences, and that the plea should be accepted.

## RECOMMENDATION

**NOW THEREFORE IT IS HEREBY RECOMMENDED:**

1. The District Court accept Defendant Robert Woodbury's plea of guilty to Count Four of the Indictment (Docket No. 1).

2. The District Court **GRANT**, at the appropriate time, the United States' motion to dismiss Count One, Two, and Three of the Indictment (Docket No. 1) as to Defendant.

3. The District Court order forfeiture consistent with Defendant's admission to the Criminal Forfeiture allegation in the Indictment (Docket No. 1) and detailed at pages 3-4 of the Plea Agreement (Docket No. 25).

4. *The Court heard argument from counsel for Defendant, and counsel for the Government, as to whether exceptional reasons exist pursuant to 18 U.S.C. § 3145 to justify the Defendant's continued release, on appropriate conditions, pending sentencing notwithstanding the requirements of 18 U.S.C. § 3143. The Court made no findings or decision upon the same. Therefore, the Court further recommends that the District Court order that the Defendant be detained pending sentencing, upon acceptance of his guilty plea by the District Court, pursuant to 18 U.S.C. § 3143, unless the Defendant has sought and obtained an order from the District Court exempting him from such a requirement of detention.*

Written objections to this Report and Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal

objections to the United States Court of Appeals for the Ninth Circuit.



DATED: **June 13, 2014**

Honorable Ronald E. Bush
U. S. Magistrate Judge